**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DIONTE MASON,**

      **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**                                **Case No. 09-cv-459-DRH**

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

        This matter is before the Court on the Parties' Agreed Motion to Reverse ALJ's Decision With Remand (Doc. 16).  As the title of the Motion indicates, the Parties have agreed that the Administrative Law Judge's ("ALJ's") decision denying disability benefits to Plaintiff should be reversed with remand to the Commissioner for further proceedings and a new decision, pursuant to the fourth sentence of **42 U.S.C. § 405(g)**.  Based on the fact that the Parties are in agreement to this request, the Court **GRANTS** the Motion (Doc. 16) and hereby **REVERSES** the decision of the ALJ which denied Plaintiff disability benefits and **REMANDS** this case back to the

Commissioner to conduct further proceedings and issue a new decision, pursuant to the fourth sentence of **42 U.S.C. § 405(g)**.  This case file shall hereafter be closed.

**IT IS SO ORDERED.**

Signed this 8th day of April, 2010.


/s/  *David R Herndon*

**Chief Judge**
**United States District Court**